# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **DELANEY ESPER and SAM ESPER**, | * |
| | * |
| Plaintiffs, | * |
| | * No. 3:23-cv-00116 |
| v. | * |
| | * JURY DEMAND |
| **RICHARD ENLOW, MIRNES MUMINOVIC,** | * |
| **and WIPEOUT LOGISTICS LLC**, | * |
| | * |
| Defendants. | * |

| | |
|---|---|
| **WIPEOUT LOGISTICS LLC,** | * |
| | * |
| Counterclaim Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **DELANEY ESPER and SAM ESPER,** | * |
| | * |
| Counterclaim Defendants. | * |

## NOTICE OF BANKRUPTCY

COMES NOW the Defendant, Wipeout Logistics LLC ("Wipeout"), to give notice to the Court and the parties that Wipeout filed for protection under Chapter 11 of the United States Bankruptcy Code. Wipeout filed its bankruptcy petition on September 29, 2023 in the United States Bankruptcy Court for the Western District of Kentucky under case number 23-10736-jal. Therefore, in accordance with the automatic stay provisions of 11 U.S.C. § 362, this case should be stayed pending further order from the United States Bankruptcy Court for the Western District of Kentucky under case number 23-10736-jal.

Respectfully submitted,

**CARR ALLISON**

BY: /s/ Michael J. Petherick
    **SEAN W. MARTIN, BPR #020870**
    **MICHAEL J. PETHERICK, BPR #036155**
    Attorneys for Defendants
    736 Market St., Suite 1320
    Chattanooga, TN 37402
    (423) 648-9832 / (423) 648-9869
    swmartin@carrallison.com
    mpetherick@carrallison.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2023, I electronically filed a **NOTICE OF BANKRUPTCY** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Matt Hardin | Jordan K. Gibson |
| Matt Hardin Law, PLLC | Rainey, Kizer, Reviere & Bell, P.L.C. |
| 207 23rd Avenue North | 201 Fourth Avenue North, Suite 1850 |
| Nashville, TN 37203 | Nashville, TN 37219 |

Thomas S. Santel, Jr.
Cody F. Fox
PARKERSON | SANTEL | GARNER PLLC
303 West Main Street
Murfreesboro, TN 37130

    **CARR ALLISON**

    BY: /s/ Michael J. Petherick
        **SEAN W. MARTIN, BPR# 020870**
        **MICHAEL J. PETHERICK, BPR #036155**

- 2 -

Case 3:23-cv-00116   Document 60   Filed 11/09/23   Page 2 of 2 PageID #: 424