IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DELANEY ESPER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:23-cv-00116 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| RICHARD ENLOW, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court has received notice that Defendant Wipeout Logistic LLC has filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Western District of Kentucky. (Doc. No. 60). Absent an order by the Bankruptcy Court, 11 U.S.C. § 352(a) prescribes an automatic stay of judicial proceedings involving the debtor defendants while the bankruptcy proceedings are ongoing. Such a stay is typically applicable only to debtor defendants and not to their co-defendants; however, the Sixth Circuit has recognized a limited "unusual circumstances" exception that would make the stay applicable to all defendants. *See Wilon v. Springfield Health Facilities, LP*, No. 3:16-cv-694, 2018 WL 11397520, at *1 (W.D. Ky. March 2, 2018) (citing *Patton v. Bearden*, 8 F.3d 343, 349 (6th Cir. 1993)). Further, "[f]ederal district courts have jurisdiction concurrent with the originating bankruptcy court to determine the applicability of the bankruptcy court's automatic stay." *Baechel v. Rep. Storage Sys., LLC*, No. 5:16-cv-1403, 2018 WL 1243424, at *2 (N.D. Ohio Mar. 9, 2018); *see also N.L.R.B. v. Edward Cooper Painting, Inc.*, 804 F.2d 934, 939 (6th Cir. 1986).

Accordingly, pursuant to 11 U.S.C. § 362(a), this case is automatically **STAYED** as to Defendant Wipeout Logistics LLC, pending further order of the Court. All Defendants shall have fourteen (14) days from the filing of this Order to file a notice (in whatever number of filings are necessary given which Defendants are filing and how many of them are represented by the same counsel) stating its position as to whether the "unusual circumstances" exception applies so as to justify staying the proceeding against any such Defendant(s). Plaintiffs will have twenty-eight (28) days from the filing of this Order to respond to any such notice that is filed.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE