IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DELANEY ESPER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:23-cv-00116 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| RICHARD ENLOW, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The Court has received notice that Defendant Mirnes Muminovic has filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Western District of Kentucky. (Doc. No. 63). Except as provided in 11 U.S.C. § 362(b), 11 U.S.C. § 362(a) prescribes an automatic stay of judicial proceedings involving the debtor defendants while the bankruptcy proceedings are ongoing.

In response to this Court's Order regarding Defendant Wipeout Logistics LLC's automatic stay for bankruptcy (Doc. No. 61), the defendants filed notices regarding whether the bankruptcy stay for Defendant Wipeout Logistics LLC should extend to all parties. (Doc. Nos. 64, 65, 66). Plaintiffs' response to those notices explains that "Plaintiffs' counsel is working with bankruptcy counsel for the Debtors Muminovic and Wipeout Logistics, LLC to file the necessary pleadings in those Bankruptcy cases to lift the stay so that Plaintiffs may proceed against the applicable insurance coverage for the case." (Doc. No. 67).

Pursuant to 11 U.S.C. § 362(a), this case is automatically **STAYED** as to Defendant Mirnes Muminovic, pending notice from Plaintiffs that the bankruptcy court has lifted the stay against Defendant Mirnes Muminovic or further order of this Court.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE