# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **DELANEY ESPER and SAM ESPER**, | * |
| | * |
| Plaintiffs, | * |
| | * No. 3:23-cv-00116 |
| v. | * |
| | * JURY DEMAND |
| **RICHARD ENLOW, MIRNES MUMINOVIC,** | * |
| **and WIPEOUT LOGISTICS LLC**, | * |
| | * |
| Defendants. | * |

| | |
|---|---|
| **WIPEOUT LOGISTICS LLC,** | * |
| | * |
| Counterclaim Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **DELANEY ESPER and SAM ESPER,** | * |
| | * |
| Counterclaim Defendants. | * |

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through counsel, pursuant to *Fed. R. Civ. P.* 41(a)(1)(A)(ii), and hereby stipulate that all claims, counterclaims, and causes of action in this cause are hereby **DISMISSED WITH PREJUDICE**. This stipulation is approved by all parties who have appeared in this matter, as reflected by the signature of their attorneys' below. The parties will bear their own discretionary costs and attorneys' fees.

Respectfully submitted,

**CARR ALLISON**

BY: /s/ Michael J. Petherick
    **SEAN W. MARTIN, BPR #020870**
    **MICHAEL J. PETHERICK, BPR #036155**
    Attorneys for Defendants
    633 Chestnut Street, Suite 2000
    Chattanooga, TN 37450
    (423) 648-9832 / (423) 648-9869
    swmartin@carrallison.com
    mpetherick@carrallison.com

**MATT HARDIN LAW, PLLC**

BY: /s/ Matthew C. Hardin
    (*by MJP, w/permission*)
    **MATTHEW C. HARDIN, BPR #021505**
    Attorneys for Plaintiffs
    207 23rd Avenue North
    Nashville, TN 37203
    (615) 200-1111
    matt@matthardinlaw.com

**SANTEL GARNER PLLC**

BY: /s/ Thomas S. Santel
    (*by MJP, w/permission*)
    **THOMAS S. SANTEL, JR., BPR #023876**
    Attorneys for Counter Defendants
    303 West Main Street
    Murfreesboro, TN 37130
    (615) 987-0268
    tommy@parkersonsantel.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2025, I electronically filed a **STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Matt Hardin
Matt Hardin Law, PLLC
207 23rd Avenue North
Nashville, TN 37203

Thomas S. Santel, Jr.
Cody F. Fox
SANTEL | GARNER PLLC
303 West Main Street
Murfreesboro, TN 37130

                         **CARR ALLISON**

                         BY: _____/s/  Michael J. Petherick_____
                                 **MICHAEL J. PETHERICK, BPR #036155**