IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DELANEY ESPER, ET AL., | ) | |
| Plaintiffs, | ) | No. 3:23-cv-00116 |
| v. | ) | |
| RICHARD ENLOW, ET AL., | ) | JUDGE RICHARDSON |
| Defendants. | ) | |

## ORDER

On May 15, 2025, the parties filed a "Stipulation of Dismissal" (Doc. No. 88, "Stipulation"), which was signed by counsel for all parties. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this matter without any action on the part of the Court. The Stipulation states that the dismissal is with prejudice, and thus under Rule 41(a)(1)(B) the dismissal in fact is with prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice effective as of the time of the filing of the Stipulation.

The Clerk of the Court is **DIRECTED** to enter judgment pursuant to Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE