# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Delaney Esper, et al.

        Plaintiff,

v.                                Case No.: 3:23−cv−00116

Richard Enlow, et al.

        Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/16/2025 re [89].

Lynda M. Hill
s/ Caylor A Haynes, Deputy Clerk